UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SHAINA LISNAWATI,

    Plaintiff,

v.

DEUTSCHE BANK NATIONAL TRUST COMPANY,

    Defendants.

No. C-12-00940 DMR

**ORDER TO SUBMIT ADDITIONAL INFORMATION**

On February 17, 2012, Plaintiff Shaina Lisnawati filed an application to proceed *in forma pauperis*. In response to question no. 5 on the application, Plaintiff stated that she owns a home and indicated its estimated market value. Plaintiff also indicated that the amount of her mortgage is $3,124.00. It is not clear whether this amount is the amount of her monthly mortgage payment or the full amount of the mortgage on her home. Therefore, Plaintiff is ordered to supplement her application by submitting a statement indicating the *full amount of the mortgage* owed on her home, and not just the monthly payment on the mortgage, **by no later than March 9, 2012.**

IT IS SO ORDERED.

Dated: March 1, 2012



_____
DONNA M. RYU
United States Magistrate Judge