UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAINA LISNAWATI, | No. C-12-00940 DMR |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| DEUTSCHE BANK NATIONAL TRUST COMPANY, | |
| Defendants. | |

On February 17, 2012, Plaintiff Shaina Lisnawati filed an application to proceed *in forma pauperis*. On March 1, the court ordered Plaintiff to supplement her application by submitting a statement indicating the full amount of the mortgage owed on her home, and not just the monthly payment on the mortgage, by no later than March 9, 2012. No supplemental information has been filed. Accordingly, Plaintiff is ordered to submit a statement explaining why she did not respond to the court's March 1, 2012 Order, as well as provide the requested information, by **no later than March 26, 2012.** Failure to respond will result in the denial of her application to proceed *in forma pauperis*.

IT IS SO ORDERED.

Dated: March 14, 2012

_____
DONNA M. RYU
United States Magistrate Judge